MARC SHELDON *v.* ZONING AND PLANNING COMMISSION
OF THE TOWN OF WARREN

The defendant's petition for certification for appeal from the Court of Common Pleas in Litchfield County is denied by the court.

*Jeffrey B. Sienkiewicz,* in support of the petition.

*Reginald W. H. Fairbairn,* in opposition.

Submitted October 17—decided November 1, 1977

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Litchfield County is denied by the court.

*Reginald W. H. Fairbairn,* in support of the petition.

*Jeffrey B. Sienkiewicz,* in opposition.

Submitted October 17—decided November 1, 1977

KAREN FARADAY *v.* PAUL DUBE

The defendant's "Motion to Re-Hear and Reconsider appellant's Motion dated August 11, 1977 to Prosecute Appeal 'In Forma Pauperis'" from the Superior Court in Hartford County is denied by the court.

*Laurence Levine,* in support of the motion.

Submitted October 19—decided November 1, 1977